

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2014

No. 04-13-00069-CV

**TARRANT COUNTY DEMOCRATIC PARTY**, Steve Maxwell, In His Official Capacity as Chair of the Tarrant County Democratic Party, Texas Democratic Party; and Gilberto Hinojosa, In His Official Capacity as Chair of the Texas Democratic Party,
Appellants

v.

John **STEEN**, in his official capacity as Secretary of State of Texas,
Appellee

From the 345th District Court, Travis County, Texas
Trial Court No. D-1-GN-09-00172
The Honorable Amy Clark-Meachum, Judge Presiding

## O R D E R

On February 19, 2014, this court issued its opinion and judgment in this appeal. On February 28, 2014, Appellee Nandita Berry, in her official capacity as Texas Secretary of State, filed a timely, unopposed motion for extension of time to file a motion for rehearing until April 7, 2014. *See* TEX. R. APP. P. 49.1.

Appellee's motion for extension of time is GRANTED. Appellee's motion for rehearing is due to be filed with this court on April 7, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2014.

_____
Keith E. Hottle
Clerk of Court